UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RICHARD NORMAN

VERSUS

H & E EQUIPMENT SERVICES, INC.,
ET AL.

CIVIL ACTION

NO. 14-367-JWD-SCR

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in the Supplemental Magistrate Judge's Report dated September 9, 2014, to which no objection was filed:

**IT IS ORDERED** that the plaintiff's Motion to Remand (R. Docs. 9 & 10) is **DENIED**.

Signed in Baton Rouge, Louisiana, on December 17, 2014.

**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**